# United States Court of Appeals for the Federal Circuit

June 12, 2014

## ERRATA

Appeal Nos. 2013-1245, -1246, -1247

**ALLERGAN, INC., AND DUKE UNIVERSITY,**

v.

**APOTEX INC., APOTEX CORP., SANDOZ, INC., AND HI-TECH PHARMACAL CO., INC.,.**

Decided:  June 10, 2014
Precedential Opinion

Please make the following changes:

"Of counsel were LUKE T. SHANNON and HARVEN V. DESHIELD, Locke Lord LLP, of Chicago, Illinois, for Apotex Inc., et al." **to** "Of counsel were LUKE T. SHANNON and HARVEN V. DESHIELD, Rakoczy Molino Mazzochi Siwik LLP, of Chicago, Illinois."